RECEIVED
IN LAKE CHARLES, LA.

NOV 28 2012

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MARTIN A. MANSON | CIVIL ACTION NO. 10-1637-LC |
| VS. | SECTION P |
| J.P. YOUNG, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2)(B) and 28 U.S.C.1915A(b)(1).

Lake Charles, Louisiana, on this the 28 day of November, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE